*February 13, 1940.*

STRASSBURG, Respondent, vs. STRASSBURG and another, Appellants.

For the appellants: *Puhr & Van de Water* of Sheboygan.
For the respondent: *Runge & Davey* of Sheboygan.

*By the Court.*—Judgment affirmed.

KOEHLER, Respondent, vs. ROTH and another, Appellants.

For the appellants: *Bendinger, Hayes, Kluwin & Schlosser* of Milwaukee.
For the respondent: *Otjen & Otjen* of Milwaukee.

*By the Court.*—Judgment affirmed.